Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
NANCY ANN BARONE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY ANN BARONE | Case No.: 1:19-cv-00101-GSA |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Nancy Ann Barone and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 27 days from July 19, 2019 to August 15, 2019 for Plaintiff to submit her settlement letter to defendant, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has five motions due this week and has been out of the office on family matters and due to

an incessant hearing schedule for the past month. Counsel is in the office this week and will try to complete the motions as soon and as thoroughly as possible. Counsel makes this request in good faith and will work zealously to complete settlement letter.

DATE: July 22, 2019          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Ms. Nancy Ann Barone

DATE: July 22, 2019          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Wyeth McAdam*

BY: _____
Wyeth McAdam
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

Dated: **July 23, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE