Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
NANCY ANN BARONE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ANN BARONE | Case No.: 1:19-cv-00101-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Nancy Ann Barone and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 22 days from October 19, 2019, to December 3, 2019, for Plaintiff to file an Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel's workload has been such that she has not been able to properly address the Joint Submission

and three others. Counsel has been working diligently but due her hearing schedule, and motion schedule has precluded addressing this motion. Counsel has taken action to avoid further assignments until all past due joint stipulation are completed. Counsel makes this request in good faith.

DATE: October 16, 2019      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Nancy Ann Barone

DATE:  October 16, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *S. Wyeth McAdam*

BY: _____
S. Wyeth McAdam
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

Dated:  **October 21, 2019**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE