UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ANN BARONE,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br><br>          Defendant. | No. 1:19-cv-00101-GSA<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT FOR PLAINTIFF**<br><br>**Doc. 29** |

On July 9, 2020, this Court entered judgment in favor of Defendant and against Plaintiff in the above-captioned case.  Doc. 23.  On August 5, 2020, Plaintiff filed an appeal with the United States Court of Appeal for the Ninth Circuit.  Doc. 25.  Thereafter, the parties reached a settlement agreement and jointly moved the Circuit Court for an order remanding the case to the Social Security Administration for further proceedings.  The Circuit Court granted the parties' joint motion and remanded the case to this Court on September 17, 2020.  Doc 29.

Accordingly, it is hereby ordered that this case be REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with the parties' joint motion to the U.S. Court of Appeals for the Ninth Circuit. The Clerk of Court is directed to enter judgment in favor of Plaintiff, Nancy Ann Barone, and against Defendant, Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   __September 21, 2020__                    _____/s/ Gary S. Austin_____
                                                                           UNITED STATES MAGISTRATE JUDGE

1