McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8934
Facsimile: 415-744-0134
E-Mail: shea.bond@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NANCY BARONE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-cv-00101-GSA<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Nancy Barone be awarded attorney fees and expenses in the amount of FIVE THOUSAND EIGHT HUNDRED dollars ($5,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) AND no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Nancy Barone by counsel in connection with this civil action, including the appellate court proceedings in Ninth Circuit Case No. 20-16501, and in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Nancy Barone, the government will consider the matter of Nancy Barone's assignment of EAJA fees to Lawrence D. Rohlfing. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Nancy Barone, but if the Department of the Treasury determines that Nancy Barone does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Lawrence D. Rohlfing, pursuant to the assignment executed by Nancy Barone.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Nancy Barone's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Nancy Barone and/or Lawrence D. Rohlfing including the Law Office of Lawrence D. Rohlfing, may have relating to EAJA attorney fees in connection with this action and Ninth Circuit action No. 20-16501.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

|   |   |
|---|---|
| 1 | This award is without prejudice to the rights of Lawrence D. Rohlfing or the Law Office |
| 2 | of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), |
| 3 | subject to the savings clause provisions of the EAJA. |

Date: <u>October 27, 2020</u>          LAW OFFICES OF LAWRENCE D. ROHLFING

                            By:   <u>/s/ Lawrence D. Rohlfing*</u>
                                    LAWRENCE D. ROHLFING
                                    *Authorized by email on October 26, 2020
                                    Attorneys for Plaintiff

Date: <u>October 27, 2020</u>          McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX

                            By:   <u>/s/ Shea Lita Bond</u>
                                    SHEA LITA BOND
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

IT IS SO ORDERED.

   Dated:   **October 27, 2020**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE